



FILED
5/6/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM S. JOVEL,
Plaintiff,

v.

UNKNOWN ENTITY USING THE NAME "BETTER PATH LOANS"
and JOHN DOE TELEMARKETERS 1–10,
Defendants.

Case No. 1:26-cv-00203
Judge Rebecca R. Pallmeyer
Magistrate Judge Gabriel A. Fuentes

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO IDENTIFY AND SERVE DEFENDANTS

Plaintiff William S. Jovel, proceeding pro se, respectfully moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 6(b)(1) and 4(m), for a sixty (60) day extension of time to identify and serve the Defendants in this matter. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed this action against an unknown entity using the name "Better Path Loans" and John Doe Telemarketers 1–10.

2. Plaintiff cannot identify and serve the Defendants without third-party telecommunications records and related routing information.

3. Plaintiff has diligently attempted to obtain that information through subpoenas issued to third-party telecommunications entities believed to have relevant call routing, carrier, or compliance information.

4. Plaintiff has also made good faith efforts to locate appropriate compliance contacts for those entities, including contacts related to STIR/SHAKEN compliance, and has transmitted copies of the subpoenas to those contacts in an effort to obtain responses.

5. Certain subpoena responses remain outstanding, and Plaintiff is in the process of following up and, where necessary, reissuing subpoenas directed to appropriate compliance contacts to facilitate compliance.

6. Plaintiff has also attempted to obtain issuance of a subpoena through the Clerk's Office, but the subpoena has not yet been returned to Plaintiff.

7. The requested third-party information is necessary to identify the proper Defendants and proceed with service.

8. Plaintiff's current deadline to identify Defendants is May 15, 2026.

9. Plaintiff respectfully requests an extension of sixty (60) days, through and including July 14, 2026, to identify and serve the Defendants.

10. This request is made in good faith, is not sought for purposes of delay, and is necessary because Plaintiff's ability to identify the Defendants depends on third-party subpoena responses.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending Plaintiff's deadline to identify and serve Defendants by sixty (60) days, through and including July 14, 2026, and grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,
/s/ William S. Jovel
William S. Jovel
Plaintiff, Pro Se
8240 Paloma Drive
Orland Park, IL 60462
wsjlawgroup@gmail.com